■ In the Matter of ROBERT G. BENNETT, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [994 NYS2d 890]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 30, 2014.)

■ In the Matter of SANDRA F. PLEZIA, for Reinstatement to the Practice of Law in the State of New York and for Resignation from the Practice of Law in New York. [994 NYS2d 890]—Order entered terminating suspension and accepting voluntary resignation. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 30, 2014.)

■ In the Matter of DAVID J. SEEGER, an Attorney, Respondent. [994 NYS2d 890]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 28, 2014.)

■ In the Matter of PETER M. COLLARD, an Attorney, Resignor. [994 NYS2d 890]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Oct. 16, 2014.)

■ In the Matter of JOHN P. WALLACE, an Attorney, Resignor. [994 NYS2d 890]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Oct. 16, 2014.)

■ In the Matter of JOHN F. HALPIN, an Attorney, Resignor. [994 NYS2d 891]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Whalen, JJ. (Filed Oct. 20, 2014.)

■ In the Matter of JAMES E. VAIDEN, an Attorney, Resignor. [994 NYS2d 891]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Whalen, JJ. (Filed Oct. 16, 2014.)

■ In the Matter of MICHAEL J. BREWSTER, an Attorney, Resignor. [994 NYS2d 891]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Whalen, JJ. (Filed Oct. 16, 2014.)